**LAURA CURRAN**
County Executive



**JARED A. KASSCHAU**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

December 24, 2018

Via ECF
Hon. Eric N. Vitaliano
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Fabien v. County of Nassau
              18-CV-01294 (ENV)(ARL)

Dear Judge Vitaliano

      This office represents defendants County of Nassau and Nassau County Detective Brian Parpan. Pursuant to Rule III(B) of the Court's Individual Motion Practice and Rules, I write to inform the Court that defendants seek to file a motion to vacate the default judgment entered November 21, 2018, and therefore propose the following briefing schedule:

      January 25, 2019 – Defendants serve Notice of Motion to vacate default judgment.
      February 15, 2019 – Plaintiff serves opposition to defendants' motion.
      March 1, 2019 – Defendants serve Reply papers and file fully briefed motion.

      I have conferred with plaintiff's counsel, Moses Myungchul Ahn, Esq. about filing the above listed briefing schedule. Mr. Ahn explained that he interprets the Court's rules as requiring defendants to file a letter seeking permission to file a motion, and therefore does not consent to the foregoing schedule. However, I interpret the Court's rules as requiring defendants to set forth a briefing schedule as a prerequisite to obtaining permission from the Court to file the motion, and to explain, as I have, why I do not have plaintiff's consent.

      For the foregoing reasons, defendants respectfully request that the Court approve the foregoing briefing schedule for defendants to move to vacate the default judgment.

                                                                Respectfully submitted,

                                                              /s/ Ralph J. Reissman
                                                              RALPH J. REISSMAN
                                                              Deputy County Attorney

Cc (Via ECF):
Moses Myungchul Ahn, Esq.
Law Offices of Michael S. Lamonsoff
Attorneys for Plaintiff

ONE WEST STREET – MINEOLA, NEW YORK 11501-4820
516-571-3056, FAX 516-571-6684, 6604
